# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREEN APPLE EVENT COMPANY, INC., <br><br>  Plaintiff, <br><br> v. <br><br> LIBERTY MUTUAL GROUP, INC., et al., <br><br> Defendants. | Case No. CV 21-6154 FMO (AFMx) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned case is **dismissed with prejudice**. The parties shall bear their own fees and costs.

Dated this 24th day of January, 2022.

                                                /s/
                                      Fernando M. Olguin
                                      United States District Judge